# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 JUN 10 PM 1:13
DEPUTY CLERK_____ nub

**Plaintiff:** Tyesha N. Isom

**v.**

**Defendant:** Texas State Guard, Texas State Defense Force Commander, Major General Manuel A. Rodriguez VII

**Civil Action No.:** 3-21CV1351-N

## COMPLAINT

During weeks of May 31 – June 6th, 2021, and current week of June 7th – 2021. I have experienced many losses of communication and connectivity from Texas state network towers, to connect to Lyft, Inc. transportation, internet based, communication server, while on a ride with passengers, and after drop off to return to a home base location. Major General Rodriguez VII, is responsible for the safety + maintience of all Texas state internet domain + communication management, to prevent civilian injury and loss of communication of passengers + drivers with Google. I suffered being stranded + lost in wages, and no earned income.

* Attach additional pages as needed.

**Date:** 6/10/2021

**Signature:** Tyesha M. Isom

**Print Name:** Tyesha N. Isom

**Address:** 539 W. Commerce St, STE #3279

**City, State, Zip:** Dallas, TX, 75208

**Telephone:** 929-452-6526

# CIVIL COVER SHEET

JS 44 (Rev. 10/20) - TXND (10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED JUN 10 2021 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

## I. (a) PLAINTIFFS
Tyesha N. Isom

**DEFENDANTS**
Texas State Guard, Texas State Defense Force Commander, Major General Manuel A. Rodriguez VII

(b) County of Residence of First Listed Plaintiff: _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Self-Representation

Attorneys *(If Known)*
AG, Ken Paxton

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Checked boxes:
- [X] 150 Recovery of Overpayment & Enforcement of Judgment
- [X] 195 Contract Product Liability
- [X] 245 Tort Product Liability
- [X] 320 Assault, Libel & Slander
- [X] 370 Other Fraud
- [X] 371 Truth in Lending
- [X] 440 Other Civil Rights
- [X] 442 Employment
- [X] 443 Housing/Accommodations
- [X] 510 Motions to Vacate Sentence
- [X] 560 Civil Detainee - Conditions of Confinement
- [X] 710 Fair Labor Standards Act
- [X] 720 Labor/Management Relations
- [X] 450 Commerce
- [X] 470 Racketeer Influenced and Corrupt Organizations
- [X] 485 Telephone Consumer Protection Act
- [X] 490 Cable/Sat TV
- [X] 850 Securities/Commodities/Exchange
- [X] 890 Other Statutory Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

Perjury

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of 2 Acts / laws in civilian environment

Brief description of cause:
illegal work ethics, principles, beliefs, activities, unfair standards

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 3 million

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____