IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TYESHA N. ISOM,<br>    Plaintiff,<br><br>v.<br><br>TEXAS STATE GUARD, et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 3:21-CV-1351-N-BH<br>§<br>§<br>§ |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to comply with court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the parties.

**SIGNED** this 7th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE